DAYTON BAR ASSOCIATION *v.* GERREN.

[Cite as *Dayton Bar Assn. v. Gerren,*
105 Ohio St.3d 1220, 2005-Ohio-1737.]

(No. 2004–0496—Submitted March 28, 2005—Decided April 1, 2005.)

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Nicholas L. Gerren Jr., Attorney Registration No. 0032341, last known business address in Dayton, Ohio.

{¶ 2} The court coming now to consider its order of August 18, 2004, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period of six months, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

{¶ 3} IT IS ORDERED by this court that respondent be and hereby is, reinstated to the practice of law in the state of Ohio.

{¶ 4} IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier case, see *Dayton Bar Assn. v. Gerren,* 103 Ohio St.3d 21, 2004-Ohio-4110, 812 N.E.2d 1280.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.